IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OLETA M. CARTER                                                PLAINTIFF

    v.                Civil No. 08-2027

DEPARTMENT OF VETERANS AFFAIRS                                 DEFENDANT

## ORDER

    Before the Court is Plaintiff's discovery motion (Doc. 3), requesting the production of certain documents.  The Court advises the parties that discovery motions do not require disposition by the Court.  Discovery requests need only be served on opposing parties to trigger production obligations.  Unless and until a motion is filed seeking to compel appropriate responses to a pending discovery motion, the Court will act on the belief that the information sought has been timely provided by the party of whom it is requested and that no discovery dispute exists.  Accordingly, the Court finds the above referenced motion (Doc. 3) MOOT.

    IT IS SO ORDERED this 28th day of April, 2008.

                                          */s/ Robert T. Dawson*
                                          Honorable Robert T. Dawson
                                          United States District Judge

**AO72A**
**(Rev. 8/82)**